UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

BERNICE LOGAN,

        Plaintiff,

  vs.

COMMISSIONER
OF SOCIAL SECURITY,

        Defendant.

Case No.: 3:13-cv-366

Magistrate Judge Michael J. Newman
(Consent Case)

**ORDER AND ENTRY: (1) GRANTING THE JOINT, UNOPPOSED MOTION FOR REMAND (DOC. 16); (2) REMANDING THIS CASE TO THE COMMISSIONER UNDER THE FOURTH SENTENCE OF 42 U.S.C. § 405(g) FOR PROCEEDINGS CONSISTENT WITH THIS ORDER; AND (3) TERMINATING THIS CASE ON THE COURT'S DOCKET**

       This Social Security disability benefits appeal is presently before the undersigned for disposition based upon the parties' full consent. Doc. 5.  The parties jointly move for an Order remanding this case for further administrative proceedings pursuant to the Fourth Sentence of 42 U.S.C. § 405(g), and for the entry of judgment pursuant to Fed. R. Civ. P. 58.  Doc. 16.  The parties jointly request that, upon remand, the Appeals Council direct the Administrative Law Judge ("ALJ") to: offer Plaintiff the opportunity for a hearing; take further action needed to complete the administrative record; reassess Plaintiff's residual functional capacity, including a reevaluation of opinion evidence and Plaintiff's credibility; obtain supplemental evidence from a Vocational Expert in response to hypothetical questions reflecting the specific limitations established by the record; and issue a new decision for the period prior to February 17, 2012.  *Id.*

       For good cause shown, and because the requirements of a Sentence Four remand have been satisfied, **IT IS ORDERED THAT:** (1) the parties' joint, unopposed motion for a Sentence Four remand (doc. 16) is **GRANTED**; (2) this case is **REMANDED** to the Commissioner under

the Fourth Sentence of 42 U.S.C. § 405(g) for the proceedings requested by the parties (doc. 16 at PageID 742) and specifically set forth above; and (3) this case is **TERMINATED** upon the Court's docket. The Clerk is **ORDERED** to enter judgment accordingly.

    **IT IS SO ORDERED.**

Date: November 18, 2014          s/ *Michael J. Newman*
                                                             Michael J. Newman
                                                             United States Magistrate Judge